# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANNITRA N. FARMER  
6380 SMOKE TREE CIRCLE  
ROSCOE, IL  61073  

SSN-xxx-xx-1897

Case Number: 07-71122

Case filed on: 5/8/2007  
Plan Confirmed on: 10/19/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan:  $775.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 347.93 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 347.93 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 741.17 | 741.17 | 42.13 | 0.00 |
|  | Total Priority | 741.17 | 741.17 | 42.13 | 0.00 |
| 999 | ANNITRA N. FARMER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 2,400.00 | 2,400.00 | 334.13 | 0.00 |
|  | Total Secured | 2,400.00 | 2,400.00 | 334.13 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 7,364.99 | 7,364.99 | 0.00 | 0.00 |
| 002 | AT & T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ACCOUNT RECOVERY SERVICES | 715.00 | 715.00 | 0.00 | 0.00 |
| 004 | ACE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ASSOCIATED BUSINESS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BLOCKBUSTER VIDEO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BOONE COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 946.87 | 946.87 | 0.00 | 0.00 |
| 012 | CARLE FOUNDATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAVALRY INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CERTEGY CHECK SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CHARLES J. LEONARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHECK IT | 113.43 | 113.43 | 0.00 | 0.00 |
| 018 | CHOICE ONE COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ECMC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CNAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | COLDATA COLLECTION COMPANIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | COVENANT MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CREDIT DIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CREDIT MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CREDIT PROTECTION ASSOCIATION, L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CREDITOR COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CROSS COUNTRY VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | DAKOTA STATE BANK/REWARDS 660 | 503.41 | 503.41 | 0.00 | 0.00 |
| 031 | EMERGE MASTER CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | FIRST FEDERAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | PREMIER BANKCARD/CHARTER | 235.87 | 235.87 | 0.00 | 0.00 |
| 034 | GENERAL REVENUE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | GHARST RENTALS | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | GRESTYS AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | H & F LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | I.C. SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ILLINIOS STUDENT ASSISTANCE COMMISS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | PORTFOLIO RECOVERY ASSOCIATES | 81.27 | 81.27 | 0.00 | 0.00 |
| 043 | LASALLE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | LAW OFFICES OF MITCHELL N. KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | LTD COMMODITIES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | MIDLAND CREDIT MANAGEMENT INC | 261.41 | 261.41 | 0.00 | 0.00 |
| 048 | MUTUAL MANAGEMENT SERVICES | 200.00 | 200.00 | 0.00 | 0.00 |
| 049 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | ONECLICKCASH | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 051 | OSI COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | COLLINS FINANCIAL SERVICES INC | 923.09 | 923.09 | 0.00 | 0.00 |
| 053 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | PROGRESSIVE MANAGEMENT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | RECEIVABLES PERFORMANCE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | ROCK VALLEY COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | ROCKFORD HOUSING AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | ROCKFORD MERCANTILE AGENCY INC | 265.00 | 265.00 | 0.00 | 0.00 |
| 061 | SALLIEMAE LOAN SERVICING CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | STATE OF IL., DEPT. OF EMP. SEC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | US BANK/ELAN RETAIL PMT SOLUTIONS | 611.61 | 611.61 | 0.00 | 0.00 |
| 068 | U.S. DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | UNIPAC SERVICE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | UNITEDCASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | MIDLAND CREDIT MANAGEMENT INC | 252.18 | 252.18 | 0.00 | 0.00 |
| 073 | FREEDOMCARD GOLD MASTERCARD | 528.76 | 528.76 | 0.00 | 0.00 |
| 074 | JEFFERSON CAPITAL SYSTEMS, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | ECMC | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | ECMC | 0.00 | 0.00 | 0.00 | 0.00 |
| 077 | ECMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 13,002.89 | 13,002.89 | 0.00 | 0.00 |
| | Grand Total: | 18,344.06 | 18,344.06 | 724.19 | 0.00 |

Total Paid Claimant:      $724.19
Trustee Allowance:         $50.81         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00           discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

    Report Dated:

                                                    /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


    This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


    Dated at Rockford, IL  on 07/30/2008           By   /s/Heather M. Fagan